B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

___Eastern___ District Of ___California___

In re ___William Eustice Maughan aka William E. M.___,    Case No. ___11-36231-B-13___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ___Ocwen Loan Servicing, LLC___ | ___GMAC Mortgage, LLC___ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Bankruptcy Department
1100 Virginia Drive
Fort Washington, PA 19034

Phone: ___800-850-4622___
Last Four Digits of Acct #: ___4302___

Name and Address where transferee payments should be sent (if different from above):
Attn: Payment Processing
3451 Hammond Avenue
Waterloo, IA 50702

Phone: ___800-850-4622___
Last Four Digits of Acct #: ___4302___

Court Claim # (if known): ___17___
Amount of Claim: ___$215,890.27___
Date Claim Filed: ___08/25/2011___

Phone: ___800-850-4622___
Last Four Digits of Acct. #: ___4302___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Kristin S. Webb___    Date: ___03/22/2013___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.