Case 11-36231    Filed 03/27/13    Doc 64

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**